UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANGELA GRATO,

           Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

           Defendant.

Case No. 3:13-CV-00022-LRH-WCG

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**AND ORDER THEREON**

       The parties, having settled their dispute, hereby stipulate that the Court shall dismiss this matter with prejudice.  Each party will bear its own attorneys' fees and costs.

       DATED this 20th day of September, 2013.

| MARC WHITEHEAD & ASSOCIATES | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By /s/ *Marc S. Whitehead* <br>     Marc S. Whitehead <br> Attorneys for Plaintiff Angela Grato | By /s/ *Ann-Martha Andrews* <br>     Ann-Martha Andrews <br>     Todd D. Erb <br> Attorneys for Defendant Unum Life Insurance Company of America |

IT IS SO ORDERED.

DATED this 23rd day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-1-