UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA GRATO,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case No. 3:13-CV-00022-LRH-WCG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

DATED this 20th day of September, 2013.

MARC WHITEHEAD & ASSOCIATES          LEWIS ROCA ROTHGERBER LLP

By /s/ *Marc S. Whitehead*                              By /s/ *Ann-Martha Andrews*
   Marc S. Whitehead                                        Ann-Martha Andrews
Attorneys for Plaintiff Angela Grato                 Todd D. Erb
                                                                  Attorneys for Defendant Unum Life
                                                                  Insurance Company of America

IT IS SO ORDERED.

DATED this 23rd day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE